UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| YOLANDA R. SCOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:10cv00576 TCM |
| ) | |
| LEGACY PHARMACEUTICAL ) | |
| PACKAGING, LLC, and HUMAN ) | |
| RESOURCE STAFFING, LLC, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on Plaintiff's motion to proceed in forma pauperis. Upon review of the financial affidavit, the Court has determined that Plaintiff is unable to pay the filing fee. See 28 U.S.C. § 1915. Consequently, the Court will grant the motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion to proceed in forma pauperis is **GRANTED**. [Doc. 2]

**IT IS FURTHER ORDERED** that the Clerk shall issue process or cause process to issue on the complaint.

Dated this 21st day of June, 2010.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT III
UNITED STATES MAGISTRATE JUDGE